1 | PHILLIP A. TALBERT
Acting United States Attorney
2 | JOSEPH B. FRUEH
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2702
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SEQUOIA FORESTKEEPER, | Case No. 1:16-CV-00759-AWI-JLT |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | |
| ERIC LA PRICE, in his official capacity as District Ranger for the Western Divide Ranger District of the Sequoia National Forest, *et al.*, | |
| Defendants. | |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendants Eric La Price, Alfred Watson, Kevin Elliot, and the United States Forest Service hereby designate the following attorney as counsel for service in the above-captioned action:

    Joseph B. Frueh, Assistant United States Attorney
    Robert T. Matsui United States Courthouse
    501 I Street, Suite 10-100
    Sacramento, CA 95814
    Telephone: (916) 554-2702
    Facsimile: (916) 554-2900
    E-mail: joseph.frueh@usdoj.gov

Dated:  June 14, 2016

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

By:    /s/ *Joseph B. Frueh*
       JOSEPH B. FRUEH
       Assistant United States Attorney

Attorneys for Defendants