# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SEQUOIA FORESTKEEPER, et al.,<br>Plaintiffs,<br>v.<br>ERIC LA PRICE, et al.,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:16-cv-00759-AWI-JLT<br><br>ORDER REQUIRING FILING OF THE ADMINISTRATIVE RECORD, REQUIRING STATUS REPORTS AND SETTING A STATUS CONFERENCE |

On January 12, 2017, the Court held the scheduling conference but determined, due to outstanding information needed by the U.S. Forest Service, issuing a schedule was not appropriate at this time. Rather, the Court will require the parties to file periodic status report/hearings. Thus, the Court **ORDERS**:

1. No later than **February 10, 2017**, counsel **SHALL** file a joint status report detailing the data analysis of the CIB and any known impacts on this litigation that this analysis imposes;

2. The Court sets a status conference on **February 17, 2017** at 8:30 a.m. Appearances via CourtCall are authorized;

3. No later than **March 3, 2017**, counsel **SHALL** file a joint status report detailing whether there are any impediments to the defendants' lodging the administrative record on March 20, 2017 and detailing the extent to which the record has been provided to the other parties;

4. The administrative records **SHALL** be lodged no later than **March 20, 2017**;

5. No later than **March 31, 2017**, counsel **SHALL** file a joint status report detailing the

determination of the U.S. Forest Service after considering the CBI data analysis, the impacts, if any, on the positions of the other parties and whether there is disagreement as to whether the administrative record is complete. The status report should also detail whether counsel believe the matter is ready for further scheduling or, if not, why. If they agree the matter should be schedule, they **SHALL** propose dates for the briefing schedule and **SHALL** use best efforts to agree on those dates. If there is agreement, the Court may issue the schedule without further hearing.

IT IS SO ORDERED.

Dated: **January 12, 2017**

**/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE