RENE P. VOSS (CA Bar No. 255758)
15 Alderney Road
San Anselmo, CA  94960
Phone:  (415) 446-9027
Email:  renepvoss@gmail.com
LEAD COUNSEL

RACHEL S. DOUGHTY (CA Bar No. 255904)
Greenfire Law, PC
1202 Oregon St. Berkeley, CA 94702
Phone: (828) 424-2005
Email: rdoughty@greenfirelaw.com

*Attorneys for Plaintiff*

**Counsel for Federal Defendants and Defendant-Intervenor Listed on Signature Page**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SEQUOIA FORESTKEEPER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ERIC LA PRICE, *et al.*,<br><br>　　　　　Federal Defendants, and<br><br>SIERRA FOREST PRODUCTS, a California Corporation,<br><br>　　　　　Intervenor-Defendant. | Case No. 1:16-CV-00759-AWI-JLT<br><br>**JOINT STATUS REPORT**<br><br>Status Conference:  April 7, 2017<br>Time:  8:30 a.m.<br>Telephonically<br><br><br><br>Magistrate Judge Jennifer L. Thurston |

On January 12, 2017, the Court issued an Order that required, in relevant part, that "[n]o later than **March 3, 2017**, counsel **SHALL** file a joint status report detailing whether there are any impediments to the defendants' lodging the administrative record on March 20, 2017, and detailing the extent to which the record has been provided to the other parties." ECF No. 34, at 1. On February 15, 2017, the Court issued a Minute Order stating that, "[i]n the next status report, plaintiff SHALL report when it will circulate a draft amended complaint." ECF No. 36.

Pursuant to the Court's Orders, the parties report as follows:

**Federal Defendants:**

As detailed elsewhere, Plaintiff challenges two timber sale projects in this action, both of which are located in the Sequoia National Forest: the Frog Timber Sale Project ("Frog Project") and the Rancheria Forest Restoration Project ("Rancheria Project"). The Forest Service elected to suspend both projects on July 20, 2016.

The Forest Service will continue the suspension of both timber sale contracts implementing the Frog and Rancheria Projects through at least July 30, 2017. Based on current projections and staff availability, the Forest Service now anticipates that it will make written determinations by April 20, 2017, as to whether supplemental NEPA review is warranted for the projects and when, if at all, they may proceed, which is 31 days later than previously anticipated in prior Status Reports.

The Forest Service is unable to lodge the complete administrative records for projects by March 20, 2017, but anticipates that it will be able to do so by April 20, 2017. The parties already have copies of the administrative records underlying the Forest Service's approval of the Frog and Rancheria Projects in 2013. The parties also received copies of the post-project approval calculations of fisher habitat suitability from the Conservation Biology Institute on or about February 2, 2017. *See* ECF No. 35, at 2. Any other components of the post-project approval administrative records will be provided to the parties as they become available, but no later than April 20, 2017.

Case No.: 1:16−CV−00759-AWI-JLT
JOINT STATUS REPORT                                                  1

**Plaintiff Sequoia ForestKeeper:**

In its February 15, 2017 Minute Order, the Court stated that Plaintiff shall report when it will circulate a draft amended complaint and whether the parties will stipulate to filing of the amended complaint. Should Defendants issue a determination to proceed on April 20, 2017, without supplemental NEPA review and proceed with project implemented in 2017, Plaintiff anticipates that it will need roughly two weeks to review any supplemental administrative records but believes it can circulate a draft amended complaint by April 28, 2017. The parties have stipulated, in principle, that Plaintiff can file the amended complaint, and after circulation Plaintiff will file a final version with its motion for leave by May 5, 2017. While Defendants assert that "[t]he parties already have copies of the administrative records underlying the Forest Service's approval of the Frog and Rancheria Projects," Plaintiff does not have a properly-indexed copy of those administrative records. In response, Defendants' counsel has informed Plaintiff's counsel that copies of those administrative records are now being sent to Plaintiff's counsel. Plaintiff will begin review of those old administrative records, but will likely need two weeks to review supplements to the records for completeness, while preparing the amended complaint, to make sure all relevant files and data are included. If those records are not complete, Plaintiff will first work with Defendants to add any missing files, but if that is unavailing, it may ask the Court for supplementation of the administrative record, should it become necessary. Should a motion to supplement become necessary, Plaintiff will file it concurrently with its opening brief.

Should briefing become necessary, and given the Forest Service's delay in issuing its determinations to April 20, 2017, the parties will need to revise and likely condense the briefing schedule. Plaintiff has already proposed a new schedule to Defendants' counsel that would accommodate counsel's summer family commitments, which were booked based on the previously proposed schedule. Plaintiff's lead counsel is unavailable to work on briefing between June 8 and July 5th due to an unchangeable travel commitment and the remote location of his travels. Defendants' and Intervenor's counsel have informed Plaintiff's counsel that its revised briefing schedule should work, which is currently as follows:

Case No.: 1:16−CV−00759-AWI-JLT
JOINT STATUS REPORT                                                                     2

| | | |
|---|---|---|
| 1 | Circulate draft Amended Complaint | April 28, 2017 |
| 2 | File motion for leave to file Amended Complaint | May 5, 2017 |
| 3 | Plaintiff's Opening Brief | May 12, 2017 |
| 4 | Defendants' Answering Brief | May 26, 2017 |
| 5 | Plaintiff's Optional Reply Brief | June 9, 2017 |
| 6 | Defendants' Optional Sur-reply Brief | June 21, 2017 |
| 7 | Proposed Hearing Date | Week of July 10-14, 2017 |

Again, should a motion to supplement the administrative record become necessary, Plaintiff will file it concurrently with its opening brief.

**Intervenor-Defendant Sierra Forest Products:**

Sierra Forest Products concurs that the above briefing schedule is appropriate and intends to file briefing concurrently with Federal Defendants. Sierra Forest Products is prepared to implement the Frog and Rancheria Projects beginning August 1, 2017 and is relying on these projects for its 2017 timber supply.

Respectfully submitted this 3rd day of March 2017.

/s/ René Voss     (authorized on 3/3/2017)
RENÉ P. VOSS
RACHEL DOUGHTY
Greenfire Law, PC

*Attorneys for Plaintiff*

PHILLIP A. TALBERT
United States Attorney

/s/ Joseph B. Frueh
JOSEPH B. FRUEH
Assistant United States Attorney

*Attorneys for Federal Defendants*

**American Forest Resource Council**

By /s/ Lawson Fite     (authorized on 3/3/2017)
 Lawson Fite

*Attorneys for Defendant-Intervenor*