# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA FORESTKEEPER, et al., ) | Case No. 1:16-cv-00759-AWI-JLT |
| Plaintiffs, ) | SCHEDULING ORDER[1] |
| v. ) | |
| ERIC LA PRICE, et al., ) | |
| Defendants. ) | |

On March 30, 2017, the parties filed their joint status report detailing that the Forest Service will complete its determination whether further NEPA review is warranted by April 20, 2017. (Doc. 38 at 2) If it is not warranted, the project may proceed this summer. Id. The parties agree to the following schedule[2] and, therefore, the Court **ORDERS**:

1. **No later than April 28, 2017**, plaintiff **SHALL** circulate its proposed first amended complaint;

2. **No later than May 5, 2017**, plaintiff **SHALL** file either a stipulation to amend the complaint or a motion to amend the complaint;

3. Plaintiff **SHALL** file its merits brief **no later than May 12, 2017**;

4. Defendant/Intervenor **SHALL** file its answering brief **no later than May 26, 2017**;

5. Plaintiff's reply brief, if any, **SHALL** be filed **no later than June 9, 2017**;

---

[1] The status conference set on April 7, 2017 is **VACATED**.
[2] The parties proposed a different hearing date. However, the proposed hearing date is not workable for the Court at this time. Moreover, the Defendant/Intervenor may seek leave to file a sur-reply but that request is not granted here.

1

6. The hearing on the merits briefs is set on **July 31, 2017** at 1:30 p.m. before the Honorable Anthony W. Ishii.

IT IS SO ORDERED.

Dated:  **March 31, 2017**                    **/s/ Jennifer L. Thurston**
                                                                                   UNITED STATES MAGISTRATE JUDGE