1 | RENÉ P. VOSS (CA Bar No. 255758)
2 | 15 Alderney Road
  | San Anselmo, CA 94960
  | Phone: (415) 446-9027
3 | Email: renepvoss@gmail.com
  | LEAD COUNSEL
4 |
5 | RACHEL S. DOUGHTY (CA Bar No. 255904)
  | Greenfire Law, PC
  | 1202 Oregon St. Berkeley, CA 94702
6 | Phone: (828) 424-2005
  | Email: rdoughty@greenfirelaw.com
7 |
  | *Attorneys for Plaintiff*
8 |
  | **Counsel for Federal Defendants and Defendant-**
9 | **Intervenor Listed on Signature Page**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SEQUOIA FORESTKEEPER, | Case No. 1:16-CV-00759-AWI-JLT |
| Plaintiff, | |
| v. | |
| ERIC LA PRICE, *et al.*, | **STIPULATION REGARDING FIRST AMENDED COMPLAINT, BRIEFING PAGE LIMITS, AND PROPOSED ORDER** |
| Federal Defendants, and | |
| SIERRA FOREST PRODUCTS, a California Corporation, | |
| Intervenor-Defendant. | |

Stipulation to Amend Complaint

In its March 31, 2017, Scheduling Order, the Court ordered that no later than April 28, 2017, Plaintiff shall circulate its proposed first amended complaint, and no later than May 5, 2017, Plaintiff shall file either a stipulation to amend the complaint or a motion to amend the complaint. Dkt. # 40.

On April 28, 2017, Plaintiff's counsel sent its proposed first amended complaint to both Defendants' and Defendant-Intervenor's counsel. On May 2, 2017, Plaintiff sent a request for a stipulation to amend the complaint, to which both Defendants and Defendant-Intervenor informally agreed. Since that time, Plaintiff has made changes to the proposed first amended complaint. The claims in the final version remain the same as in the proposed complaint.

Having reviewed these changes, the parties hereby stipulate to the First Amended Complaint, as attached hereto.

Stipulation regarding Briefing Page Limits

Moreover, the parties stipulate to the following page limits regarding the upcoming briefing:

1. Plaintiff's opening and reply briefs shall not exceed 60 pages in total.
2. Defendants' and Defendant-Intervenor's opposition briefs shall not to exceed 30 pages each.
3. Should the Court grant leave for sur-reply briefs, Defendants' and Defendant-Intervenor's briefs shall not exceed 10 pages each.

Respectfully submitted this 5th day of May, 2017.

/s/ *René Voss*
RENÉ P. VOSS
RACHEL DOUGHTY
Greenfire Law, PC

*Attorneys for Plaintiff*

PHILLIP A. TALBERT
United States Attorney

/s/ *Joseph Frueh* (authorized on 5/5/2017)
JOSEPH B. FRUEH

| | |
|---|---|
| | Assistant United States Attorney |
| | *Attorneys for Federal Defendants* |
| | **American Forest Resource Council** |
| By | /s/*Lawson Fite* (authorized on 5/5/2017)<br>Lawson Fite |
| | *Attorneys for Defendant-Intervenor* |

IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES MAGISTRATE JUDGE