RENÉ P. VOSS (CA Bar No. 255758)
15 Alderney Road
San Anselmo, CA 94960
Phone: (415) 446-9027
Email: renepvoss@gmail.com
LEAD COUNSEL

RACHEL S. DOUGHTY (CA Bar No. 255904)
Greenfire Law, PC
1202 Oregon St. Berkeley, CA 94702
Phone: (828) 424-2005
Email: rdoughty@greenfirelaw.com

*Attorneys for Plaintiff*

**Counsel for Federal Defendants and Defendant-Intervenor Listed on Signature Page**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SEQUOIA FORESTKEEPER, <br><br> Plaintiff, <br> v. <br><br> ERIC LA PRICE, *et al.*, <br><br> Federal Defendants, and <br><br> SIERRA FOREST PRODUCTS, a California Corporation, <br><br> Intervenor-Defendant. | Case No. 1:16-CV-00759-AWI-JLT <br><br> **STIPULATION REGARDING FIRST AMENDED COMPLAINT, BRIEFING PAGE LIMITS, AND ~~PROPOSED~~ ORDER (Doc. 44)** |

<u>Stipulation to Amend Complaint</u>

In its March 31, 2017, Scheduling Order, the Court ordered that no later than April 28, 2017, Plaintiff shall circulate its proposed first amended complaint, and no later than May 5, 2017, Plaintiff shall file either a stipulation to amend the complaint or a motion to amend the complaint. Dkt. # 40.

On April 28, 2017, Plaintiff's counsel sent its proposed first amended complaint to both Defendants' and Defendant-Intervenor's counsel. On May 2, 2017, Plaintiff sent a request for a stipulation to amend the complaint, to which both Defendants and Defendant-Intervenor informally agreed. Since that time, Plaintiff has made changes to the proposed first amended complaint. The claims in the final version remain the same as in the proposed complaint.

Having reviewed these changes, the parties hereby stipulate to the First Amended Complaint, as attached hereto.

<u>Stipulation regarding Briefing Page Limits</u>

Moreover, the parties stipulate to the following page limits regarding the upcoming briefing:

1. Plaintiff's opening and reply briefs shall not exceed 60 pages in total.
2. Defendants' and Defendant-Intervenor's opposition briefs shall not to exceed 30 pages each.
3. Should the Court grant leave for sur-reply briefs, Defendants' and Defendant-Intervenor's briefs shall not exceed 10 pages each.

Respectfully submitted this 5th day of May, 2017.

/s/ *René Voss*
RENÉ P. VOSS
RACHEL DOUGHTY
Greenfire Law, PC

*Attorneys for Plaintiff*

PHILLIP A. TALBERT
United States Attorney

/s/ *Joseph Frueh*      (authorized on 5/5/2017)
JOSEPH B. FRUEH

Assistant United States Attorney

*Attorneys for Federal Defendants*

**American Forest Resource Council**

By  /s/*Lawson Fite* (authorized on 5/5/2017)
     Lawson Fite

*Attorneys for Defendant-Intervenor*

**ORDER**

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The stipulation for plaintiff to file the first amended complaint is **GRANTED**:

2. The stipulation related to the substantive briefs is **GRANTED**. Thus, the opening and reply briefs **SHALL NOT** exceed 60 pages and the opposing briefs **SHALL NOT** exceed 30 pages;

3. In the event that there is a request for a sur-reply[1], the Court notes that the parties have agreed that the sur-replies will not exceed 10 pages each and the parties will be bound by this agreement. However, the Court will await the filing of a request for a sur-reply before addressing the procedures for doing so.

IT IS SO ORDERED.

Dated:  **May 9, 2017**           **/s/ Jennifer L. Thurston**
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel are reminded that requests to file sur-replies are generally discouraged and they should endeavor to include all arguments in their briefs because they can have no confidence that the Court will permit a sur-reply.