1 PHILLIP A. TALBERT
United States Attorney
2 JOSEPH B. FRUEH
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 E-mail: joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
5 Facsimile: (916) 554-2900

6 Attorneys for Federal Defendants

7 **Counsel for Plaintiff and Intervenor-Defendant Listed on Signature Page**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA FORESTKEEPER,<br><br>Plaintiff,<br><br>v.<br><br>ERIC LA PRICE, in his official capacity as District Ranger for the Western Divide Ranger District of the Sequoia National Forest, *et al.*,<br><br>Federal Defendants, and<br><br>SIERRA FOREST PRODUCTS, a California Corporation,<br><br>Intervenor-Defendant. | Case No. 1:16-CV-00759-AWI-JLT<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE DEADLINE TO ANSWER FIRST AMENDED COMPLAINT**<br>**(Doc. 49)** |

| | |
|---|---|
| 1 | **STIPULATION AND PROPOSED ORDER** |
| 2 | IT IS HEREBY STIPULATED by and among Plaintiff Sequoia ForestKeeper; Defendants Eric |
| 3 | La Price, Alfred Watson, Kevin Elliot, and United States Forest Service ("Federal Defendants"); and |
| 4 | Intervenor-Defendant Sierra Forest Products, through their undersigned counsel and subject to Court |
| 5 | approval, that the deadline for Federal Defendants and Intervenor-Defendant to file Answers to the First |
| 6 | Amended Complaint ("FAC," ECF No. 46) be continued from May 23, 2017, to 14 days after the Court |
| 7 | rules on the parties' Cross-Motions for Summary Judgment. No Answers need be filed if the Court's |
| 8 | ruling resolves all claims in the FAC. |
| 9 | The reasons for this Stipulation are as follows: |
| 10 | Plaintiff filed the FAC on May 9, 2017, and thereafter filed a Motion for Summary Judgment |
| 11 | (ECF No. 47) on May 12, 2017. Pursuant to the Court's briefing schedule (ECF No. 40), Federal |
| 12 | Defendants and Intervenor-Defendant will be opposing Plaintiff's Motion and filing their own Motions |
| 13 | for Summary Judgment on May 26, 2017. Courts routinely hold that summary judgment motions, like |
| 14 | motions under Federal Rule of Civil Procedure 12, toll the deadline for filing a responsive pleading. *See* |
| 15 | *Mann v. Lee*, No. 07-781, 2009 WL 5178095, at \*2 (N.D. Cal. Dec. 22, 2009) (holding that "the filing of |
| 16 | defendants' motion for summary judgment effectively extended the time for defendants to file a |
| 17 | responsive pleading until after the motion for summary judgment has been decided," and collecting |
| 18 | cases); *see also* 10A Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 2718 |
| 19 | (4th ed. & Supp. 2017) ("[A] summary-judgment motion made prior to an answer should have the |
| 20 | benefit of the Rule 12(a) language tolling the period of time in which an answer must be filed."). The |
| 21 | parties believe this case likely will be resolved by a ruling on the pending and impending summary |
| 22 | judgment motions, and Answers need not be filed, if at all, until 14 days after a ruling on those motions. |
| 23 | Dated: May 22, 2017             PHILLIP A. TALBERT |
| 24 |                                           United States Attorney |
| 25 |                                      By: /s/ *Joseph B. Frueh* |
| 26 |                                          JOSEPH B. FRUEH |
| 27 |                                          Assistant United States Attorney |
| 28 |                                          Attorneys for Federal Defendants |

Dated: May 22, 2017　　　　　　　　　　/s/ *René P. Voss*　　　　　(authorized on 5/22/2017)
　　　　　　　　　　　　　　　　　　　RENÉ P. VOSS (CA Bar No. 255758)
　　　　　　　　　　　　　　　　　　　15 Alderney Road
　　　　　　　　　　　　　　　　　　　San Anselmo, CA 94960
　　　　　　　　　　　　　　　　　　　Phone: (415) 446-9027
　　　　　　　　　　　　　　　　　　　Email: renepvoss@gmail.com
　　　　　　　　　　　　　　　　　　　LEAD COUNSEL

　　　　　　　　　　　　　　　　　　　RACHEL S. DOUGHTY
　　　　　　　　　　　　　　　　　　　GREENFIRE LAW, PC
　　　　　　　　　　　　　　　　　　　1202 Oregon Street
　　　　　　　　　　　　　　　　　　　Berkeley, CA 94702
　　　　　　　　　　　　　　　　　　　Phone: (828) 424-2005
　　　　　　　　　　　　　　　　　　　Email: rdougty@greenfirelaw.com

　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs


Dated: May 22, 2017　　　　　　　　　　/s/ *Lawson Fite*　　　　　(authorized on 5/22/2017)
　　　　　　　　　　　　　　　　　　　LAWSON FITE (Ore. Bar #055573)
　　　　　　　　　　　　　　　　　　　**American Forest Resource Counsel**
　　　　　　　　　　　　　　　　　　　5100 S.W. Macadam, Suite 350
　　　　　　　　　　　　　　　　　　　Portland, Oregon 97239
　　　　　　　　　　　　　　　　　　　Telephone: (503) 222-9505
　　　　　　　　　　　　　　　　　　　Fax: (503) 222-3255
　　　　　　　　　　　　　　　　　　　*E-mail: lfite@amforest.org*

　　　　　　　　　　　　　　　　　　　Attorneys for Intervenor-Defendant

IT IS SO ORDERED.

　　Dated: __**May 22, 2017**__　　　　　　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO CONTINUE DEADLINE TO　　2
ANSWER FIRST AMENDED COMPLAINT