# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA FORESTKEEPER,<br><br>        Plaintiff,<br><br>   v.<br><br>ERIC LA PRICE, in his official capacity as District Ranger for the Western Divide Ranger District of the Sequoia National Forest, *et al.*,<br><br>        Federal Defendants,<br>and<br><br>SIERRA FOREST PRODUCTS, a California Corporation,<br><br>        Intervenor-Defendant. | Case No. 1:16-CV-00759-AWI-JLT<br><br>**ORDER GRANTING LEAVE TO FEDERAL DEFENDANTS AND INTERVENOR-DEFENDANT TO FILE REPLIES IN SUPPORT OF CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>(Doc. No. 57) |

1         On June 21, 2017, Defendants Eric La Price, Alfred Watson, Kevin Elliot, and United States Forest Service and Intervenor-Defendant Sierra Forest Products ("Defendants") applied *ex parte* for leave to file Replies in support of their Cross-Motions for Summary Judgment ("Application"). Having considered the Application, and for good cause shown, the Court will grant Defendants' Application to file Replies. Further, the Court will allow Plaintiff to file a Sur-Reply within 10 days of this order.

        Accordingly, IT IS HEREBY ORDERED that:

1. Federal Defendants and Intervenor-Defendant's Application is granted;
2. The proposed Replies attached to the Application are deemed filed as of June 21, 2017;
3. Plaintiff may file a Sur-Reply within 10 calendar days of the date of this order; and
4. No further briefing on the Cross-Motions for Summary Judgment will be accepted by the Court.

IT IS SO ORDERED.

Dated:   June 27, 2017                                             
                                      SENIOR DISTRICT JUDGE