# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA FORESTKEEPER,<br><br>                Plaintiff,<br><br>       v.<br><br>ERIC LA PRICE, *et al.*,<br><br>              Federal Defendants,<br><br>              And<br><br>SIERRA FOREST PRODUCTS, a California Corporation,<br><br>              Defendant- Intervenor. | **CASE NO. 1:16-cv-00759-AWI-JLT**<br><br>**ORDER REGARDING FEDERAL DEFENDANTS' BILL OF COSTS** |

The parties have stipulated and IT IS HEREBY ORDERED that:

1. Plaintiff shall pay the Federal Defendants a total of $2,375.95 in complete satisfaction of any and all claims for costs incurred by the Federal Defendants in the above-captioned case;

2. Plaintiff shall pay the $2,375.95 in full within seven days of the date of this order in accordance with one of the payment options described in Exhibit 1 to the parties' stipulation (ECF No. 75-1); and

3. The Federal Defendants' Bill of Costs (ECF No. 65) and Plaintiff's Objection to the Bill of Costs (ECF No. 69) are deemed withdrawn with prejudice.

IT IS SO ORDERED.

Dated:   June 22, 2018         _____

                                      SENIOR  DISTRICT  JUDGE